# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Kimely Burson Rivers, <br> *Plaintiff* <br> v. <br><br> Commissioner of Social Security Administration, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.    0:18-cv-01249-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the decision of the Commissioner is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended affirming the decision of the Commissioner.

Date:   August 26, 2019                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/B. Goodman

                                                            *Signature of Clerk or Deputy Clerk*